UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| BRYAN J. BROWN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.   1:09–cv-346 RL-RBC |
| | ) | |
| | ) | |
| | ) | |
| DR. ELIZABETH BOWMAN et al | ) | |
| Defendant. | ) | |

ORDER

Counsel are advised that the undersigned Magistrate Judge of the District Court hereby recuses himself from these proceedings. The clerk is directed to randomly reassign this case to a Magistrate Judge within the district for the purpose of conducting all non-dispositive pretrial proceedings, pursuant to 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a) and General Orders 2003-21, 2004-6, and 2007-10.

Enter: December 18, 2009

s/Roger B. Cosbey
Roger B. Cosbey, Magistrate Judge
United States District Court