UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BRYAN J. BROWN,<br>    Plaintiff,<br><br>    v.<br><br>DR. ELIZABETH BOWMAN, TERRY HARRELL, individually and in her official capacity as Executive Director of the Judges and Lawyers Assistance Program, TIM SUDROVECH, individually, and in his official capacity as Clinical Director of the Judges and Lawyers Assistance Program, DR. STEPHEN ROSS, JOHN DOES and JANE ROES, co-conspirators, and RANDALL SHEPARD, in his official capacity as Chief Justice of the Indiana Supreme Court,<br>    Defendants. | CAUSE NO.: 1:09-CV-346-TLS-PRC |

**ORDER**

This matter is before the Court on a Motion to Correct Misspelling in Caption of Case [DE 61], filed by Plaintiff on November 29, 2010.  Plaintiff represents that the first name of Defendant Ross was incorrectly spelled in his Complaint as "Steven" instead of the correct spelling, "Stephen."  Defendants have not filed a response to the instant Motion and the time to do so has passed.  The Court notes, however, that in the Motion to Dismiss filed by Defendant Ross, Counsel for Defendant Ross notes that Ross's name was incorrectly spelled in the caption and that the correct spelling is "Stephen."

Having reviewed the Motion, the Court **GRANTS** the Motion to Correct Misspelling in Caption of Case [DE 61], and **DIRECTS** the Clerk to amend the caption, showing "Dr. Stephen Ross" as Party Defendant rather than "Dr. Steven Ross."  The Court **DIRECTS** the parties to use the amended caption in all future filings.

SO ORDERED this 20 th day of December, 2010.

s/ Paul R. Cherry<br>
MAGISTRATE JUDGE PAUL R. CHERRY<br>
UNITED STATES DISTRICT COURT

cc:     All counsel of record, Pla *pro se*