**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| BRYAN J. BROWN,           Plaintiff,           v.           DR. ELIZABETH BOWMAN, TERRY HARRELL, individually, and in her official capacity as Executive Director of the Judges and Lawyers Assistance Program, TIM SUDROVECH, individually, and in his official capacity as Clinical Director of the Judges and Lawyers Assistance Program, DR. STEPHEN ROSS, JOHN DOES and JANE ROES, co-conspirators, and RANDALL SHEPARD, in his official capacity as Chief Justice of the Indiana Supreme Court,           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )      CAUSE NO.: 1:09-CV-346-TLS |

**ORDER**

On March 31, 2011, the Court issued an Opinion and Order [ECF No. 63], granting the Defendants' Motions to Dismiss. In its March 31 Opinion and Order the Court noted that rather than dismiss the case at that time, that "[t]he better practice is to allow at least one amendment [to the complaint] regardless of how unpromising the initial pleading appears because except in unusual circumstances it is unlikely that the court will be able to determine conclusively on the face of a defective pleading whether plaintiff actually can state a claim." *Barry Aviation, Inc. v. Land O'Lakes Mun. Airport Comm'n*, 377 F.3d 682, 687 (7th Cir. 2004). The March 31 Opinion and Order concluded that "[i]f the Plaintiff wishes to seek leave to file an amended complaint, he must file the appropriate motion along with his proposed amended complaint on or before April 14, 2011. If no such motion is filed by that date, the Court will dismiss this case." As of the date of this Order the Plaintiff has not filed such motion with the Court.

The Court, being duly advised, ORDERS this case DISMISSED.

SO ORDERED on April 20, 2011.

                                          s/ Theresa L. Springmann
                                          THERESA L. SPRINGMANN
                                          UNITED STATES DISTRICT COURT